IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSHUA CHAMPION**,<br>1528 Eglin Way SW, Apt B<br>Washington, DC  20032<br><br>            Plaintiff,<br><br>     v.<br><br>**SENDWELL INC.**,<br>7091 Orchard Lake Road, Suite 110<br>West Bloomfield, MI 48322<br><br>            Defendant. | Case No.:  1:24-CV-1143<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## INTRODUCTION

1. As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls…. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335, 2343 (2020).

2. Defendant Sendwell, Inc. ("Sendwell") has contributed to this barrage of telephone spam by initiating unsolicited commercial text messages to Plaintiff Joshua Champion ("Plaintiff" or "Champion").

3. Champion wants this telephone spam to stop.

4. Champion brings this action individually, and on behalf of putative class members, to seek injunctive relief and damages.

## JURISDICTION AND VENUE

5. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C § 227.

1

6.  Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this district and Plaintiff resides in this district.

## PARTIES

7.  Plaintiff Joshua Champion is a resident of Washington, D.C.

8.  Defendant Sendwell, Inc. is a Michigan corporation with its principal place of business in West Bloomfield, MI.

## FACTUAL ALLEGATIONS

9.  Champion's home, phone, and privacy been invaded by Sendwell's non-emergency text messages.

10. Champion is the residential subscriber of the cell phone number 202-492-0336. Champion uses this phone number at home. Champion makes and takes personal calls and text messages on this phone number.

11. Champion registered the number 202-492-0336 on the national Do Not Call Registry ("DNCR") on June 11, 2019, to stop unwanted telephone solicitations.

12. Sendwell has initiated text messages to Champion at least 31 times, including the following:

   i. **SMS from +15753001057 on Apr 20, 2020, at 4:28 pm UTC**
      BACK lN-ST0CK TODAY: No-Touch Infrared Body Thermometer. Get it while they last http://cue.bodytemp2.com/thrmt/qnCpkG txtToEndy

   ii. **SMS from +13185450925 on Apr 20, 2020, at 7:02 pm UTC**
       lnfo-MSG: Your_MonthIy Vehicle lnsurance_can now lower by 50percent http://tdt.daytxts2mgt.com/dmfgo/qnCpkG txt,ToEndk

   iii. **SMS from +16624787475 on Apr 20, 2020, at 8:27 pm UTC**
        Shipping Notice: Your Order Status Was Updated. See Details http://zdc.tksmgt3gen.com/shpgo/qnCpkG txt,ToEndk

   iv. **SMS from +19788272266 on Apr 21, 2020, at 2:42 pm UTC**
       SharkTank SuppIement: Use 100 percent of your brain power with this: http://pra.clearmminds.com/all/qnCpkG txt,ToEnda

   v. **SMS from +14849170106 on Apr 21, 2020, at 4:07 pm UTC**
      Sam's CIub: You must see this: http://krb.aglfeedback.com/peri/qnCpkG txt,ToEndg

2

vi. **SMS from +13606677605 on Apr 22, 2020, at 3:02 pm UTC**
Over 19 Different Discounts Most Seniors Don't ReaIize They Get: http://rzv.seniorddaily.com/jon/qnCpkG txt,ToEndl

vii. **SMS from +17193561556 on Apr 22, 2020, at 4:05 pm UTC**
Credit-Notice: Your Score May Have Just Changed. View here: http://ypw.statofcred.com/pur/qnCpkG txt,ToEndj

viii. **SMS from +17744157234 on Apr 22, 2020, at 9:05 pm UTC**
Alert: Your ltem is now available for pickup at CVS: http://ekf.feedbacklkp.com/gem/qnCpkG txt,ToEndw

ix. **SMS from +15752320635 on Apr 22, 2020, at 9:11 pm UTC**
Alert: Your item is now available for pickup at CVS: http://mqc.feedbackfrg.com/gem/qnCpkG txt,ToEndq

x. **SMS from +13462301009 on Apr 24, 2020, at 4:17 pm UTC**
Get FinanciaI Assistance Today For Housing, BiIls & More: http://frv.assistdnow.com/ohh/qnCpkG txt,ToEndn

xi. **SMS from +15514001023 on Apr 24, 2020, at 5:21 pm UTC**
lnfo: You can now reduce your energy bill by 50%. Details: http://uzz.energysvers.com/nsh/qnCpkG txt,ToEndu

xii. **SMS from +12708221957 on Apr 24, 2020, at 7:05 pm UTC**
Today-Only: Try a bottle of CBD-0iI at no charge here: http://lpo.hempltrl.com/oep/qnCpkG txt,ToEndj

xiii. **SMS from +17752273757 on Apr 27, 2020, at 3:01 pm UTC**
lnfo-MSG: Your monthly Auto-lnsurance can now be lowered by 50 percent http://bwj.autostle.com/lae/qnCpkG txt,ToEndm

xiv. **SMS from +17254446628 on Apr 27, 2020, at 3:59 pm UTC**
Back ln Stock: Non-Contact lnfrared Body Thermometer. Take your temp at home: http://lgy.mdhlsupply.com/snz/qnCpkG txt,ToEndw

xv. **SMS from +19124521268 on Apr 27, 2020, at 4:40 pm UTC**
Shark-Tank SuppIement: Use 100 percent of your brain power with this: http://plm.sharpenminded.com/gmb/qnCpkG txt,ToEndc

xvi. **SMS from +14057835948 on Apr 27, 2020, at 8:52 pm UTC**
Shipping Notice: Your 0rder status was updated. See here: http://ybj.statbnl.com/kpl/qnCpkG txt,ToEndh

xvii. **SMS from +17745151607 on Apr 28, 2020, at 2:24 pm UTC**
15+ Different Senior Discounts Most PeopIe Don't Know About: http://gzh.seniormnmnts.com/czn/qnCpkG txt,ToEndz

xviii. **SMS from +16623563075 on Apr 30, 2020, at 5:01 pm UTC**
Alert: You can now lower your electric bill by 6O percent:
http://ksh.energyffn.com/lhl/qnCpkG txt,ToEndh

xix. **SMS from +13154004874 on May 1, 2020, at 2:33 pm UTC**
Get a Perfect SignaI Anywhere In Your Home, With Your Existing WiFi. Learn how: http://oug.boostmwifi.com/ddf/qnCpkG txt,ToEndl

xx. **SMS from +15855421290 on May 1, 2020, at 5:09 pm UTC**
Shark-Tank Innovation: Use your brain's full potential with this:
http://mlw.brainlhack.com/che/qnCpkG txt,ToEndk

xxi. **SMS from +16188003127 on May 4, 2020, at 6:50 pm UTC**
Back ln Stock: lnfrared Body Temp Thermometer. Get one now:
http://vvo.thermhmdm.com/csu/qnCpkG txt,ToEnde

xxii. **SMS from +15097327404 on May 4, 2020, at 8:22 pm UTC**
Alert: Your monthly payment for Auto Coverage couId be cut in half. Learn more: http://qps.autobvc.com/wmb/qnCpkG txt,ToEndp

xxiii. **SMS from +17065395080 on May 4, 2020, at 8:34 pm UTC**
Credit-Notice2: Your Credit Scores, Have Just Been Changed (View Them)
http://jsa.infcrt1.com/ctp/qnCpkG txtToEndn

xxiv. **SMS from +17407675193 on May 5, 2020, at 2:42 pm UTC**
Back In Stock: Finger Oxygen Sensors. InstantIy test your blood oxygen levels at home: http://pdg.oxygenssfp.com/slkp/qnCpkG txt,ToEndf

xxv. **SMS from +17472867083 on May 5, 2020, at 7:16 pm UTC**
Shipping-Notice: Your Order Status Was Updated. View more
http://lkr.delivernw2.com/pmlm/qnCpkG TxtTwoStopm

xxvi. **SMS from +17074053648 on May 6, 2020, at 5:39 pm UTC**
Consumer lnfo - You can now Iower your electric bill by 9O_percent
http://orq.energyec1.com/lggn/qnCpkG RpIyToST0Pj

xxvii. **SMS from +14582205080 on May 7, 2020, at 7:20 pm UTC**
Remember the Movie LimitIess. It's Now a Reality. Use 100% of your_Brain With This: http://gtc.mentalbest3.com/rftf/qnCpkG RpIyToST0Pg

xxviii. **SMS from +15416582165 on May 8, 2020, at 7:43 pm UTC**
Back In Stock: Infrared Thermometers to Measure Body Temperature and More: http://kiy.checktmp4.com/tttj/qnCpkG RpIyToST0Pa

xxix. **SMS from +13526322661 on May 11, 2020, at 3:26 pm UTC**
Policy AIert: Your Monthly Vehicle Insurance can now Iower, by 50%,
http://tug.roaddmc4d.com/dmh/qnCpkG Txt2Endh

xxx. **SMS from +13853670517 on May 11, 2020, at 6:48 pm UTC**
Update: You can now lower your electric bill by 90_percent. Learn more http://vyv.lhlenergy1.com/isrl/qnCpkG RpIyToST0Ph

xxxi. **SMS from +12183949419 on May 11, 2020, at 7:56 pm UTC**
Shipping Update: Your order status has been updated. View here: http://eyk.deliverfst1.com/lthi/qnCpkG RpIyToST0Pm

13. Sendwell did not disclose its identity in the text messages.

14. Sendwell purposefully hid its identity to prevent getting caught violating the TCPA, even though the TCPA explicitly requires telemarketers to disclose their identity.

15. Sendwell sent every text message from a different phone number to prevent Champion and others from blocking the unsolicited text messages. This is not something a legitimate telemarketer does who has consent.

16. Discovery from another lawsuit revealed that the domains contained in the text messages are used by Sendwell. These domains include: aglfeedback.com, daytxts2mgt.com, bodytemp2.com, clearminds.com, energysvers.com, assistdnow.com, hempltrl.com, autostle.com, sharpenminded.com, mdhlsupply.com, statbnl.com, seniormnmnts.com, boostmwifi.com, brainlhack.com, thermhmdm.com, infcrt1.com, autobvc.com, oxygenssfp.com, delivernw2.com, energyec1.com, checktmp4.com, lhlenergy1.com, roaddmc4d.com, deliverfst1.com, tksmgt3gen.com, energyyffn.com, and mentalbest3.com.

17. Clicking the links in the text messages directed to a variety of webpages which offered different products for sale. These products range from insurance products to infrared thermometers, and even finger oxygen sensors. Clearly the purpose of Sendwell's text messages to Champion was to encourage the purchase of goods.

18. Sendwell initiated the text messages using an automated system that randomly or sequentially generated Champion's number. This is based on the fact that Champion never provided his number 202-492-0336 to Sendwell, never had a relationship with Sendwell, and never gave permission for Sendwell to send any type of communication.

19. Additionally, the text messages were sent from a different phone number, which is not something a regular phone system does. This was apparently done to bypass spam filters

5

and to avoid getting blocked. This indicates Sendwell was sending the spam text messages *en masse*.

20. Sendwell's text messages are a nuisance and annoyance to Champion. The text messages have invaded Champion's privacy. The spam has diminished the value of Champion's phone and Champion's enjoyment of life.

21. The text messages were especially intrusive, frustrating, and annoying to Champion because Sendwell purposefully hid its identity. Champion had no idea who was spamming, whether the spammer was somebody whom Champion had previously told to stop, or whether it was safe for Champion to make a do-not-call request. By not disclosing Sendwell's identity, Sendwell knowingly tried to prevent Champion from monitoring and enforcing compliance with the TCPA.

## LEGAL STANDARD

22. **National Do Not Call Registry**. Residential telephone subscribers who do not want to receive telephone solicitations may place their phone number on the national DNCR. 47 C.F.R. § 64.1200(c)(2). The TCPA proscribes callers from making "any telephone solicitation to… [a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry." 47 C.F.R. § 64.1200(c)(2). Wireless telephone subscribers are allowed to place their number on the DNCR. 47 C.F.R. § 64.1200(e).

23. **Identification of Caller**. The TCPA requires telemarketers to disclose the name of the individual caller and the name of the person or entity on whose behalf the call is being made. 47 C.F.R. § 64.1200(d)(4).

24. **Automatic Telephone Dialing System**. The TCPA prohibits text messages to cell phones using an automatic telephone dialing system ("ATDS") except for "emergency purposes" or with the "prior express consent" of the called party. 47 C.F.R. §64.1200(a)(1). Text messages that introduce an advertisement or constitute telemarketing require "prior express written consent." 47 C.F.R. § 64.1200(a)(2).

## CLASS ACTION ALLEGATIONS

25. Pursuant to Civ. R. 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure, Champion brings this action on behalf of all other persons similarly situated throughout the United States.

26. Champion proposes the following Classes:

### The DNCR Class
All persons in the United States (1) to whom Sendwell initiated more than one telephone solicitation within any 12-month period, (2) to their cellular telephone number, (3) while their phone number was listed on the national Do Not Call Registry, (4) within the last four years from the filing of this action.

### The Failure to Identify Class
All persons in the United States (1) to whom Sendwell initiated more than one telemarketing text message within any 12-month period, (2) to their cellular telephone number, (3) without disclosing the name of the individual initiating the text messages and the name of the entity on whose behalf the text messages were made, (4) within the last four years from the filing of this action.

### The ATDS Class
All persons in the United States (1) to whom Sendwell initiated one or more text message to their cellular telephone, (2) using the same equipment or type of equipment utilized to initiate text messages to Champion, (3) within the last four years from the filing of this action.

27. Champion does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

28. Class members are identifiable through phone records and phone number databases.

29. There are questions of law and fact common to Champion and the class member including but not limited to:

   i. Whether Sendwell initiated the text messages.
   ii. Whether Sendwell's text messages violated the law.
   iii. Whether Champion and class members are entitled to statutory damages, trebled damages, and injunctive relief.

30. Champion's claims are typical of the claims of the class members. Champion's claims, like the class members' claims, arise out of the same common course of conduct by Sendwell and are based on the same legal and remedial theories.

31. Champion is an adequate representative of the class because Champion's interests do not conflict with the interests of the class members, Champion will fairly and adequately protect the interests of the class members, and Champion is represented by counsel skilled and experienced in class actions, including TCPA class actions.

32. Common questions of law and fact predominate over questions affecting only individual class members.

33. Management of these claims is likely to present significantly fewer difficulties than are presented in many class claims because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

34. The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

## FIRST CAUSE OF ACTION
**Illegal Solicitation of Persons on the DNCR**
**(On Behalf of Champion and the Do Not Call Class)**

35. Sendwell violated 47 C.F.R. § 64.1200(c)(2) by initiating text messages to Champion and members of the DNCR Class while their phone numbers were on the DNCR.

36. Champion and members of the DNCR Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

37. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

38. The court should enjoin such violations. *Id.*

## SECOND CAUSE OF ACTION
### Failure To Identify
**(On Behalf of Champion and the Failure to Identify Class)**

39. Sendwell violated 47 C.F.R. § 64.1200(d) by initiating text messages to Champion and members of the Failure to Identify Class without implementing the requisite procedures, including disclosing the name of the individual initiating the text messages and the name of the person or entity on whose behalf the text messages were made.

40. Champion and members of the Failure to Identify Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

41. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

42. The court should enjoin such violations. *Id.*

## THIRD CAUSE OF ACTION
### Illegal Use of an Automatic Telephone Dialing System
**(On Behalf of Champion and the ATDS Class)**

43. Sendwell violated 47 C.F.R. § 64.1200(a)(1)-(2) by using an ATDS to contact Champion and members of the ATDS Class.

44. Champion and members of the ATDS Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(b)(3).

45. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

46. The court should enjoin such violations. *Id.*

## RELIEF REQUESTED

Champion respectfully requests the Court grant the following relief:

A. Certification of the proposed Classes;

B. Appointment of Champion as class representative;

C. Appointment of the undersigned as lead counsel for the Classes;

D. Injunctive relief as set forth above;

E. An award of damages to Champion and class members, as allowed by law;

F.  An award of fees, costs, and interest, as allowed by law; and

G.  Orders granting such other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

Champion requests a jury trial as to all claims of the Complaint so triable.

DATED April 19, 2024

Respectfully submitted,

*/s/ James Wertheim*
James Wertheim
Bar No. OH0055
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
james.wertheim@lawhq.com

*Lead Attorney for Plaintiff*