**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSHUA CHAMPION, *on behalf of himself and others similarly situated*,<br><br>            Plaintiff,<br><br>       v.<br><br>SENDWELL INC.,<br><br>            Defendant. | Case No.: 1:24-CV-1143-JEB |

**STATUS REPORT**

Plaintiff Joshua Champion ("Champion") submits the following status report in response to this Court's February 25, 2025 Minute Order:

1. Champion filed this putative class action against Defendant to challenge Defendant's numerous violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. (*See* Dkt. 1).

2. After denial of its Motion to Dismiss on June 21, 2024 (Dkts. 7, 8), Defendant failed to appear or defend this case despite Court Orders to do so.

3. On August 26, 2024, the Court entered default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). (Dkt. 19).

4. On October 10, 2024, Plaintiff filed a Motion to Certify Class and for Leave to Conduct Discovery Prior to Entry of Final Judgment. (Dkt. 20).

5. The Court granted Plaintiff's Motion in its entirety on November 18, 2024. (Dkt. 21).

6. Plaintiff timely served Defendant with discovery requests seeking information related to prosecuting this case on behalf of Plaintiff and the putative class, including interrogatories, requests for production of documents, and requests for admission.

7. To date, Plaintiff has not received any response to his discovery, and Plaintiff's efforts to adduce discovery or further information or response from Defendant have been fruitless.

8. Given Defendant's failure to participate in this case, it appears that Plaintiff will be unable to uncover the phone call records necessary to prosecute this case on a class-wide basis, including the need to satisfy Rule 23's notice requirement.

9. Plaintiff's counsel is in active discussions with Plaintiff as to how to proceed with this action, including but not limited to potential dismissal of this action or seeking a default judgment in favor of Plaintiff individually.

10. Counsel intends to file a dispositive motion no later than March 31, 2025.

[*Signature Page to Follow*]

Dated: March 25, 2025                                  Respectfully submitted,

                                                       */s/ James Wertheim*
                                                       James Wertheim
                                                       Bar No. OH0055
                                                       The HQ Firm, P.C.
                                                       7533 S. Center View Ct. #4424
                                                       West Jordan, UT 84084
                                                       385-440-4121
                                                       jim@thehqfirm.com

                                                       Thomas Alvord, *pro hac vice*
                                                       thomas@thehqfirm.com

                                                       Michael Hartmere, *pro hac vice*
                                                       Michael.hartmere@thehqfirm.com

                                                       Brittany Clark, *pro hac vice*
                                                       brittany.clark@thehqfirm.com

                                                       *Attorneys for the Class and Class Representative Joshua Champion*

**CERTIFICATE OF SERVICE**

I, James S. Wertheim, certify that on this 25th day of March 2025, a copy of the foregoing was served upon Defendant Sendwell, Inc. by email to Fred@sendwell.com and via USPS to the following mailing address:

>Sendwell, Inc.
>7091 Orchard Lake Road
>Suite 110
>West Bloomfield, MI 48322

>*/s/ James S. Wertheim*
>James S. Wertheim
>
>*Attorney for the Class and*
>*Class Representative Joshua*
>*Champion*